IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEAN CLAUDE CASIMIR,<br>a/k/a "JEANCLAUDE PAUL CASIMIR,"<br>a/k/a "DUKE CASIMIR."<br><br>Defendant. | Case No. 1:26-MJ-196 |

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Eric Ryan, being duly sworn, depose and state:

1. I am a Special Agent with the United States Social Security Administration (SSA), Office of the Inspector General (OIG). I have been employed by the SSA-OIG as a Special Agent since February 2003. I am currently assigned to the Office of Investigations in Washington, D.C., Philadelphia Field Division. My duties as a Special Agent include investigating violations of the Social Security Act, including the misuse of a Social Security Number (SSN), and other violations of federal law, such as identity theft and aggravated identity theft. I have participated in the preparation and presentation of arrest warrants and search warrants, and I am familiar with the investigative techniques used in identity theft investigations, including the review and analysis of a wide variety of financial records, such as bank records, personal financial records, records of commercial transactions, business records, and identity documents. I have successfully completed (1) the Criminal Investigator Training Program and (2) the Inspector General Investigator Training Program.

2. I've conducted this investigation with agents from the U.S. Department of Homeland Security, Homeland Security Investigations; the U.S. Department of State, Diplomatic

Security Service (DSS); and other law enforcement partners. The facts and information contained in this affidavit are based upon my training, experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant charging that, on or about September 14, 2022, in Loudoun County, Virginia, within the Eastern District of Virginia, JEAN CLAUDE CASIMIR unlawfully used a fraudulently obtained U.S. passport (ending in x-31) to travel from Washington Dulles International Airport, located in Loudoun County, Virginia, in violation of 18 U.S.C. § 911 (False Claim to United States Citizenship); 18 U.S.C. § 1542 (False Statement in Application and Use of Passport); and 18 U.S.C § 1028A (Aggravated Identity Theft).

4. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that JEAN CLAUDE CASIMIR committed the violations in the Eastern District of Virginia.

**<u>Summary of Facts to Support Probable Cause</u>**

5. On or about November 7, 2025, a manager at the SSA who was located in Alexandria, Virginia, in the Eastern District of Virginia, reviewed an application for a Social Security Card that was applied for in the name of K.B., a real person who appears to be the victim of identity theft (hereinafter, "V-1"), SSN XXX-XX-7256 (hereinafter "SSN 7256"). Given that the SSA received two applications for Social Security cards for SSN 7256 within two months, SSN 7256 was referred to my office for further investigation of possible identity fraud.

6. Additional investigation of SSA records for SSN 7256 revealed that a Social Security card was initially processed in or about 1974. Subsequent Social Security replacement cards were processed in or around 1977, 1987, 1992, 2010, 2012, 2015, and in September 2025.

7. A query of the SSA database related to the SSN card processed in September 2025 revealed an application in the name of K.B. and an address in Silver Spring, Maryland. A District of Columbia identity card, number x772, was provided as proof of identity for the September 2025 application, which was executed in the District of Columbia.

8. As a part of the investigation, I requested assistance from the District of Columbia Department of Motor Vehicles (D.C. DMV), Office of Security and Integrity, regarding the D.C. identity card number x772. The D.C. DMV returned the following photograph history for the ID number:



04/08/2002 12/11/2003 06/03/2005 07/11/2019

9. Due to the Silver Spring address discussed above in paragraph 7, I then contacted the Maryland Department of Transportation, Motor Vehicle Administration, Investigative and Security Services, regarding any driver's license held in the name of K.B. in Maryland. The Maryland Motor Vehicle Administration ("Maryland MVA") provided the following photographs related to the record:



12/08/2008



05/23/2013

10. I have reason to believe that the Maryland driver's license images and the District of Columbia driver's license images depict the same person, based on similar physical appearances.

11. I also have reason to believe that the person pictured above does not appear to resemble V-1 (i.e., the true K.B.), who is the individual who submitted the November 2025 social security application. I believe this based on my interview with V-1, Maryland MVA information, and the additional investigation.

12. On or about December 10, 2025, I interviewed V-1 in Arlington, Virginia. V-1 originally discovered that someone used his identity when he applied for the Supplemental Nutrition Assistance Program (SNAP). When I asked V-1 if he authorized anyone to use his identity, V-1 responded "hell no." When I asked V-1 if he knew anyone living in Silver Spring, Maryland, V-1 said "no."

13. The Maryland MVA provided a separate 2010 photograph (*not pictured in this complaint*) and determined that the person in the 2010 photograph is V-1, based on corroborating documentation. Despite Maryland MVA informing me that the MVA determined that the 2010 MVA photograph was V-1, the MVA issued a renewal license in 2013 to the imposter (*see paragraph #10*).

**Identification of Jean Claude Casimir**

14. I conducted commercial database queries for several addresses associated with the SSA, Maryland MVA, and D.C. DMV documents, including, but not limited to, specific addresses in Silver Spring, Maryland, and Mount Rainier, Maryland. These addresses were associated with the names Duke Casimir, Claudine Casimir, and Andree Casimir.

15. I learned from law enforcement sources that Duke Casimir was linked with a date of birth (DOB) of 12/XX/1966 to the same addresses within the same timeframes, and to an alias of "K.B.," the initials of V-1. Furthermore, information returned from the criminal history checks identified JEAN CLAUDE CASIMIR with the same DOB of 12/XX/1966.

16. The SSA database records revealed that JEAN CLAUDE CASIMIR was born on 12/XX/1966 in French Guiana. On or about November 30, 1973, CASIMIR's parent applied for a Social Security Number (SSN) on behalf of CASIMIR. CASIMIR was assigned SSN XXX-XX-5140. Subsequently, CASIMIR applied for a replacement SSN card on or about January 22, 1990.

17. A Social Security Card application dated on or about January 22, 1990, revealed applicant name "Jean-Claude Paul Casimir," with an address in Washington, D.C. The SSA notated that an I-94 and A-number were submitted with this application.

18. As part of the investigation, Homeland Security Investigations (HSI) Special Agent Jason Fulton obtained and reviewed CASIMIR's alien file and other immigration records. The review determined that CASIMIR was deported from the United States on or about June 7, 1995, and on or about September 9, 2007.

19. A Department of Homeland Security (DHS) Form I-205 dated on or about September 9, 2007, revealed that CASIMIR was removed by air via Air France Flight 3943 to French Guiana. The form bears the signature of the officer who witnessed the departure, a photograph of CASIMIR, and right index fingerprint of CASIMIR. The form lists the full name

of CASIMIR and his aliases, which includes the name of V-1. The photograph on this Form I-205 is pictured below.



20. On or about March 15, 2007, Immigration and Customs Enforcement took a booking photograph of CASIMIR. This photograph of CASIMIR strongly resembles the previous Maryland MVA and D.C. DMV photographs (*above*) and the photograph associated with the K.B. passport application in Paragraph #22:



21. Special Agent Fulton further reviewed the alien file and DHS databases and determined that JEAN CLAUDE CASIMIR has not requested or obtained the express consent of the Attorney General or the Secretary of the Department Homeland Security to reapply for

admission to the United States as of the date of this affidavit. Special Agent Fulton also determined that JEAN CLAUDE CASIMIR does not have lawful immigration status in the United States as of the date of this affidavit.

**U.S. Passport Records**

22. On or about December 11, 2025, DSS Special Agent Jordan Proffitt conducted a search in U.S. passport application records. Special Agent Proffitt discovered that a U.S. passport had been issued in V-1's identity with an imposter's photograph. The photograph accompanying this passport application appears to be of the same individual in the D.C. ID # x772 and the Maryland MVA photographs in 2008 and 2013. The applicant claimed U.S. citizenship by virtue of being born in the United States (Cleveland, Ohio). The applicant provided an address in Washington, D.C. The photograph from this passport application is reproduced below:



23. When compared to the known images from the Maryland MVA (#1 below) and D.C. DMV (#2 below), as shown below, I submit that JEAN CLAUDE CASIMIR is the person shown within the passport photo in the preceding paragraph.

#1. 

#2. 


24. Based on the facts and inferences detailed above, there is probable cause to believe that JEAN CLAUDE CASIMIR willfully and knowingly made false statements to the U.S. Department of State on his U.S. passport application, including falsely claiming to be a U.S. citizen, and using V-1's identity information as his own. As a result of using V-1's identity, I submit that JEAN CLAUDE CASIMIR was issued a renewal U.S. passport book to which he had no lawful entitlement. This U.S. passport book (ending in #-31) was issued on or about August 5, 2021, with an expiration date on or about August 4, 2031.

25. The DHS border crossing records revealed that, on or about September 14, 2022, U.S. passport (ending in #-31) in the name of K.B. (V-1's identity) was used to travel from Washington Dulles International Airport to Cancun, Mexico, via United Airlines flight 1154. As stated previously, Washington Dulles International Airport is in Loudoun County, Virginia, which is in the Eastern District of Virginia.

## CONCLUSION

26. Based on the foregoing, I submit there is probable cause to believe that, within the Eastern District of Virginia, JEAN CLAUDE CASIMIR, on or about September 14, 2022, used a fraudulently obtained U.S. passport to travel that he had obtained through a false claim of U.S. citizenship, in violation of 18 U.S.C. §§ 911 and 1542, and engaged in Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A.

Respectfully submitted,

Eric Ryan
Special Agent
Social Security Administration

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on June 3, 2026.

Digitally signed by Ivan Davis
Date: 2026.06.03 14:00:30 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia