**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 26-CR-123 |
| JEAN CLAUDE CASIMIR, | Hon. Leonie M. Brinkema |
| Defendant. | |

**MOTION TO WITHDRAW GUILTY PLEA**

On behalf of Jean Claude Casimir, undersigned counsel advises the Court that Mr. Casimir respectfully seeks to withdraw the guilty plea he entered in this matter on August 21, 2026, pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B).

On August 21, 2026, Mr. Casimir appeared with counsel and pursuant to a written plea agreement pled guilty to three count(s) of a three-count Indictment. Count 1 charged Use of Passport Secured by False Statement, in violation of 18 U.S.C. § 1542; Count 2 charged Social Security Fraud , in violation of 42 U.S.C. § 408(a)(7)(b); Count 3 charged Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1). Sentencing is scheduled to take place on November 24.

Mr. Casimir has directed counsel to alert the Court that he wishes to withdraw his guilty plea. He has also directed the undersigned to file a motion for new counsel, which counsel will do in a separate motion filed today (the background for which undersigned counsel will provide in an *ex parte* under seal memorandum).

In the event that the Court deems it necessary to hold a hearing on this matter, undersigned counsel is currently available on October 27, the morning of October 28, anytime October 30, and any morning the week of November 2, as well as all afternoons that week other than November 4. Counsel for the government advises that she is available October 27, or anytime the week of November 2.[1]

Respectfully submitted on October 26, 2026.

**JEAN CLAUDE CASIMIR**
by counsel:

Geremy C. Kamens
Federal Public Defender for the
Eastern District of Virginia

by:________s/_______________
Ann Mason Rigby
VA Bar No. 92996
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0800
Facsimile: (703) 600-0880
ann_rigby@fd.org

[1] Counsel would be happy to confer with chambers in more detail to schedule a hearing, as needed.